IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CV 17-72-M-DWM |
|---|---|
| Plaintiff, | JUDGMENT |
| vs. | |
| MALCOLM WAYNE BIRDSONG; M.W. BIRDSONG; WAYNES' GROUP; MISSOULA COUNTY; and ENOCH INVESTMENTS, LLC, | |
| Defendants. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED, pursuant to the Court's Opinion & Order of December 4, 2018, that judgment is entered in favor of the United States and against Defendant Malcolm Wayne Birdsong, also known as M.W. Birdsong, for the outstanding federal income taxes for the 2003 to 2008 tax years, in the amount of $438,146.94, as of August 31, 2018, plus interest continuing to accrue until paid pursuant to 26 U.S.C. §§ 6601 and 6621 and 28 U.S.C. § 1961(c).

Dated this 19th day of December, 2018.

TYLER P. GILMAN, CLERK
By: /s/ Nicole Stephens
Nicole Stephens, Deputy Clerk