IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MALCOLM WAYNE BIRDSONG, et al.,<br><br>Defendants. | CV 17–72–M–DWM<br><br><br>ORDER |

The government having moved unopposed for disbursement of funds in the above captioned matter,

IT IS ORDERED THAT the government's motion, (Doc. 81), is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court is directed to draw and mail or deliver checks on the funds deposited in the registry of this Court in the principal amount of $552,000 plus any accrued interest and minus any statutory users fees, to the following payees:

  a. First, by check made payable to the "Internal Revenue Service" in the amount of $3,052.84 for allowed costs and expenses of sale and sent to:

  Internal Revenue Service
  Attn. Darlene Jones, PALS
  4041 N. Central Ave. M/S 5021
  Phoenix, AZ 85012-3330

b. Second, by two separate checks made payable to "Missoula County, Montana," in the amounts of $10,907.19 (Tax ID 1026859) and $26,122.00 (Tax ID 2050301) for outstanding real property taxes due and owing as of May 12, 2023. If checks are issued after May 12, 2023, the amounts payable are $11,021.02 (Tax ID 1026859) and $26,396.64 (Tax ID 2050301) for outstanding real property taxes due and owing as of June 9, 2023. The checks should include the above-noted Tax ID numbers written in the memo field and be sent to:

> Missoula County Clerk and Treasurer
> 200 W. Broadway
> Missoula, MT 59802

c. Third, all remaining funds by check payable to the "United States Department of Justice" with "U.S. v. Birdsong, Case No. 9:17-cv-00072-DWM" written in the memo field and mailed to:

> Department of Justice, ATTN: TAXFLU
> P.O. Box 310 – Ben Franklin Station
> Washington, DC 20044

Dated this 3rd day of May, 2023.

_____
Donald W. Molloy, District Judge
United States District Court